

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2019

No. 04-19-00267-CR

John Marshall **LEE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 00-0495-CR
Honorable Gus J. Strauss, Jr., Judge Presiding

# O R D E R

On August 1, 2019, we abated this appeal to the trial court to permit the trial court to conduct a hearing to determine if appellant is entitled to a new trial based on the circumstances enumerated in Texas Rule of Appellate Procedure 34.6(f), concerning lost and destroyed reporter's records. We further ordered the trial court to cause a supplemental clerk's record to be filed in this court containing the trial court's written findings of fact and conclusions of law addressing the circumstances enumerated in Rule 34.6(f) and whether appellant is entitled to a new trial. We suspended all appellate deadlines pending further order of this court.

On August 6, 2019, appellant filed in our court a courtesy copy of a motion he filed in the trial court. Appellant's motion states that the trial court clerk advised appellant that the clerk possessed a copy of the reporter's record, and the motion requested that the trial court order the trial court clerk to file the reporter's record in our court. Appellant also filed in our court a courtesy copy of a trial court order granting his motion. On August 6, 2019, the trial court clerk filed in our court two supplemental clerk's records containing the reporter's record.

In light of the foregoing, we deem the appellate record complete. It is ORDERED that appellant's brief is due thirty days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2019.



_____

KEITH E. HOTTLE,
Clerk of Court